UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

AMY VELEZ et al.,

                              Plaintiffs,

   -against-

NOVARTIS PHARMACEUTICALS
CORPORATION and NOVARTIS
CORPORATION,

                             Defendants.
----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/05
```

04 Civ. 9194 (GEL)

**CIVIL CASE MANAGEMENT PLAN**

After consultation with counsel for all parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. The case <u>is</u> to be tried by a jury.

2. Joinder of additional parties must be accomplished by <u>June 3, 2005</u>.

3. Amended pleadings may be filed until <u>June 3, 2005</u>.

4. Class Discovery.

    All fact discovery related to class certification (apart from expert discovery as provided below) is to be completed by <u>November 30, 2005</u>. Interim deadlines set below may be extended by the parties on consent without application to the Court, provided the parties can still meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

    A. First request for production of documents relating to class certification, if any, to be served by <u>June 30, 2005</u>.

    B. Interrogatories relating to class certification pursuant to Local Rule 33.3(a) of the Civil Rules of the Southern District of New York to be served by <u>June 30, 2005</u>. No other interrogatories are permitted except upon prior express permission of the Court.

    C. Experts, if any, in support of class certification are to be designated by plaintiffs

by <u>October 31, 2005</u>, and any reports furnished by <u>November 30, 2005</u>. Any experts by defendants in opposition to class certification shall be designated by <u>November 30, 2005</u>, and any reports furnished by <u>January 15, 2006</u>. Experts may be deposed, but such depositions must occur by <u>January 31, 2006</u>.

D. The motion for class certification is to be served and filed by <u>March 31, 2006</u>. Answering papers are to be served and filed by <u>April 30, 2006</u>. Reply papers are to be served and filed by <u>May 31, 2006</u>.

All motions and applications shall be governed by the Court's Individual Practice Rules, which are available on the Internet at http://www.nysd.uscourts.gov. Note that under those rules, <u>two</u> courtesy copies of <u>all</u> motion papers are to be provided to chambers by the movant at the time the reply is filed. It is the responsibility of the <u>movant</u> to make sure that copies of all parties' papers are provided at that time.

Any party may request oral argument by letter at the time reply papers are filed. Whether or not requested, the Court will determine whether and when oral argument is to be held.

5. Merits Discovery.

Merits discovery shall be held in abeyance pending the outcome of plaintiffs' class certification motion, at which time the parties shall submit a revised Case Management Plan.

6. The joint pretrial order shall be filed no later than 30 days after completion of discovery, or after the final decision of any dispositive motion, whichever is later, unless a different date is set by order of the Court. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Practice Rules.

7. Counsel do <u>not</u> consent to trial by a U.S. Magistrate Judge.

8. The parties are to appear before the Court for an interim status conference in this matter on Friday, October 14, 2005 at 10:30 a.m.

SO ORDERED:

Dated: New York, New York
May 13, 2005

_____
GERARD E. LYNCH
United States District Judge