# NOTICE OF COURT APPROVAL OF CLASS CERTIFICATION OF SEX (FEMALE) DISCRIMINATION CLASS ACTION LAWSUIT AGAINST NOVARTIS

TO: ALL WOMEN WHO ARE CURRENTLY HOLDING, OR HAVE HELD, A SALES-RELATED JOB POSITION WITH NOVARTIS PHARMACEUTICALS CORPORATION ("NPC" OR "NOVARTIS") DURING THE TIME PERIOD JULY 15, 2002 THROUGH NOVEMBER 30, 2007. THOSE POSITIONS ARE SALES REPRESENTATIVES, SALES CONSULTANTS, SENIOR SALES CONSULTANTS, EXECUTIVE SALES CONSULTANTS, SALES ASSOCIATES, SALES SPECIALISTS, SENIOR SALES SPECIALISTS, AND DISTRICT MANAGERS I.

## I. INTRODUCTION

You have received this Notice because NPC employment records show that you meet the definition above and are a class member in a class action involving sex (female) discrimination claims in *Velez, et al. v. Novartis Pharmaceuticals Corporation, et al.*, No. 04 CV 9194 (the "Lawsuit").

In November, 2004, a group of women ("Class Representatives") filed claims of pay, promotion, and pregnancy discrimination against Novartis. On July 31, 2007, the Court certified the Lawsuit to proceed as a "class action" on behalf of all current and former NPC employees who worked in the positions listed above from July 15, 2002 through November 30, 2007.

## II. EFFECT OF CLASS MEMBERSHIP IN THIS LAWSUIT

You will be bound by the judgment or settlement, whether it is favorable or unfavorable. The named Plaintiffs are designated as your agents to make binding decisions on your behalf concerning the litigation.

## III. COUNSEL FOR PLAINTIFFS

Your counsel in this case is:

David Sanford, Esq.
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, Suite 310
Washington, DC 20009
877-6PHARMA

Grant Morris, Esq.
**LAW OFFICES OF GRANT E. MORRIS, ESQ.**
1666 Connecticut Avenue, Suite 310
Washington, DC 20009
877-6PHARMA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07

## IV. COUNSEL FOR DEFENDANTS

NPC's counsel claims on its behalf that it has **not discriminated** and that the class is not entitled to recover money damages or obtain injunctive relief.

The attorneys representing NPC are:

Richard H. Schnadig
Thomas G. Abram
Aaron R. Gelb
**VEDDER, PRICE,
KAUFMAN & KAMMHOLZ, P.C.**
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500

Jonathan A. Wexler
**VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.**
1633 Broadway
New York, New York 10019
(212) 407-7700

## V. FURTHER INFORMATION

If you have questions about this Notice, or about the Lawsuit, you may contact Plaintiffs' counsel, David Sanford, of Sanford, Wittels & Heisler at the number and address listed on page 1.

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE JUDGE GERARD E. LYNCH. THE COURT HAS NOT YET EXPRESSED ANY OPINION ABOUT THE MERITS OF THE CLAIMS ASSERTED OR THE DEFENSES RAISED, AND YOU SHOULD NOT INTERPRET THE SENDING OF THIS NOTICE AS ANY INDICATION OF THIS COURT'S OPINION OF THE ULTIMATE OUTCOME OF THIS CASE. PLEASE DO NOT CONTACT THE COURT OR THE COURT CLERK WITH QUESTIONS ABOUT THIS LAWSUIT OR NOTICE.**

DATED: Dec 4, 2007

_____
Honorable Judge Gerard E. Lynch