UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

AMY VELEZ et al.,

                      Plaintiffs,

  -against-

NOVARTIS CORPORATION et al.,

                      Defendants.

------------------------------------------------------x

04 Civ. 9194 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09

GERARD E. LYNCH, District Judge:

    It is hereby ORDERED that the trial which was scheduled to begin on October 5, 2009 is hereby adjourned indefinitely. The deadline for pretrial submissions, which was August 31, 2009, is accordingly also adjourned indefinitely.

SO ORDERED.

Dated: New York, New York
       July 28, 2009

                                         GERARD E. LYNCH
                                         United States District Judge