UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMY VELEZ, PENNI ZELINKOFF, MINEL HIDER TOBERTGA, MICHELLE WILLIAMS, JENNIFER WAXMAN-RECHT, KAREN LIGGINS, LORI HORTON, HOLLY WATERS, WENDY PINSON, ROBERTA VONLINTEL, CATHERINE WHITE, KELLY CORBETT, JAMIE HOLLAND, JOAN DURKIN, SIMONA LOPES, MARYANNE JACOBY, and MARTA DEYNE, Individually and on Behalf of Others Similarly Situated, PLAINTIFFS, v. NOVARTIS PHARMACEUTICALS CORPORATION, DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 04 Civ. 09194 (CM) |

## PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE THE TESTIMONY OF DR. KEVIN MURPHY

PLEASE TAKE NOTICE THAT, with their accompanying Memorandum in Support of their Motion to Strike the Expert Report of Dr. Kevin Murphy and to Preclude his Testimony at Trial Pursuant to Federal Rule of Civil Procedure 37, Plaintiffs in the above-captioned matter, by and through their attorneys, Sanford Wittels & Heisler, LLP, hereby move this Court to strike the expert report of Dr. Kevin Murphy and to preclude Dr. Murphy from testifying at trial.

Respectfully submitted,

SANFORD WITTELS & HEISLER, LLP

Dated: January 29, 2010          By: _____
David W. Sanford, D.C. Bar No. 457933
Katherine M. Kimpel, DC Bar No. 493028
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Ave. NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Jeremy Heisler, (JH-0145)
Steven Wittels, (SLW-8110)
**SANFORD WITTELS & HEISLER, LLP**
950 Third Ave., 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Ave. NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiffs*

**SO ORDERED:**

Dated:

_____
United States District Judge Colleen McMahon

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing was filed electronically and served on the following Counsel of Record via United States mail, with proper first-class postage prepaid on January 29, 2010:

>Richard H. Schnadig, Esq.
>**VEDDER PRICE, P.C.**
>222 North LaSalle St.
>Chicago, IL 60601
>(312) 609-7500

>*Attorneys for Novartis Pharmaceuticals Corporation*

_____
Sarah E. Siegel