UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY VELEZ, PENNI ZELINKOFF, MINEL HIDER TOBERTGA, MICHELLE WILLIAMS, JENNIFER WAXMAN-RECHT, KAREN LIGGINS, LORI HORTON, HOLLY WATERS, WENDY PINSON, ROBERTA VONLINTEL, CATHERINE WHITE, KELLY CORBETT, JAMIE HOLLAND, JOAN DURKIN, SIMONA LOPES, MARYANNE JACOBY, and MARTA DEYNE, <br><br>Individually and on Behalf of Others Similarly Situated, <br><br>PLAINTIFFS, <br><br>v. <br><br>NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>DEFENDANT. | 04 Civ. 09194 (CM) |

**PLAINTIFFS' NOTICE OF MOTION *IN LIMINE* TO PRECLUDE DEFENDANT FROM INTRODUCING EVIDENCE OR MAKING ANY ARGUMENT BASED ON PLAINTIFFS' DECISION NOT TO CALL CERTAIN CLASS REPRESENTATIVES AND CLASS MEMBERS AT TRIAL**

PLEASE TAKE NOTICE THAT, with their accompanying Memorandum in Support of their Motion *in Limine* to Preclude Defendant From Introducing Evidence or Making Any Argument Based on Plaintiffs' Decision Not To Call Certain Class Representatives and Class Members at Trial, Plaintiffs in the above-captioned matter, by and through their attorneys, Sanford Wittels & Heisler, LLP, hereby move this Court to prohibit Defendant Novartis Pharmaceuticals Corporation from offering any evidence or argument concerning Plaintiffs' decision not to call certain Class Representatives and

Class Members at trial.

                                              Respectfully submitted,

                                              **SANFORD WITTELS & HEISLER, LLP**

Dated: January 29, 2010            By: _/s/ David W. Sanford_
                                              David W. Sanford, D.C. Bar No. 457933
                                              Katherine M. Kimpel, DC Bar No. 493028
                                              **SANFORD WITTELS & HEISLER, LLP**
                                              1666 Connecticut Ave. NW, Suite 310
                                              Washington, D.C. 20009
                                              Telephone: (202) 742-7780
                                              Facsimile:  (202) 742-7776

                                              Jeremy Heisler, (JH-0145)
                                              Steven Wittels, (SLW-8110)
                                              **SANFORD WITTELS & HEISLER, LLP**
                                              950 Third Ave., 10th Floor
                                              New York, NY 10022
                                              Telephone: (646) 723-2947
                                              Facsimile: (646) 723-2948

                                              Grant Morris, D.C. Bar No. 926253
                                              **LAW OFFICES OF GRANT E. MORRIS**
                                              1666 Connecticut Ave. NW, Suite 310
                                              Washington, D.C. 20009
                                              Telephone: (202) 742-7783
                                              Facsimile:  (202) 742-7776

                                              *Attorneys for Plaintiffs*

**SO ORDERED:**

Dated:

_____
United States District Judge Colleen McMahon

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing was filed electronically and served on the following Counsel of Record via United States mail, with proper first-class postage prepaid on January 29, 2010:

>Richard H. Schnadig, Esq.
**VEDDER PRICE, P.C.**
222 North LaSalle St.
Chicago, IL 60601
(312) 609-7500

>*Attorneys for Novartis Pharmaceuticals Corporation*

_____
Sarah Siegel