## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AMY VELEZ, PENNI ZELINKOFF, MINEL
HIDER TOBERTGA, MICHELLE WILLIAMS,
JENNIFER WAXMAN-RECHT,
KAREN LIGGINS, LORI HORTON,
HOLLY WATERS, WENDY PINSON,
ROBERTA VONLINTEL, ASHLEY
NARMOUR, CATHERINE WHITE, KELLY
CORBETT, SUE EARL, JAMIE HOLLAND,
JOAN DURKIN, SIMONA LOPES,
MARYANNE JACOBY and MARTA DEYNE,

Individually and on Behalf of Others
Similarly Situated,

                Plaintiffs,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

                Defendant.

04 Civ. 09194 (CM)

---

## APPENDIX IN SUPPORT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH RESPECT TO ADVERSE IMPACT

### TRIAL TRANSCRIPTS[1]                EXHIBIT NO.

Trial transcript dated April 8, 2010 ................................................................. 1

Trial transcript dated April 12, 2010 ............................................................... 2

Trial transcript dated April 14, 2010 ............................................................... 3

Trial transcript dated April 15, 2010 ............................................................... 4

---

[1] Relevant pages only.

Trial transcript dated April 19, 2010 ................................................................................. 5

Trial transcript dated April 20, 2010 ................................................................................. 6

Trial transcript dated April 21, 2010 ................................................................................. 7

Trial transcript dated April 22, 2010 ................................................................................. 8

Trial transcript dated April 26, 2010 ................................................................................. 9

Trial transcript dated April 27, 2010 ............................................................................... 10

Trial transcript dated April 28, 2010 ............................................................................... 11

Trial transcript dated April 29, 2010 ............................................................................... 12

Trial transcript dated May 3, 2010 .................................................................................. 13

Trial transcript dated May 4, 2010 .................................................................................. 14

Trial transcript dated May 5, 2010 .................................................................................. 15

Trial transcript dated May 6, 2010 .................................................................................. 16

**JOINT TRIAL EXHIBITS**                                                        **EXHIBIT NO.**

JX 20 ................................................................................................................................. 17

JX 28 ................................................................................................................................. 18

JX 30 ................................................................................................................................. 19

JX 32 ................................................................................................................................. 20

JX 47 ................................................................................................................................. 21

JX 51 ................................................................................................................................. 22

JX 54 ................................................................................................................................. 23

**DEFENDANT'S TRIAL EXHIBITS**                                             **EXHIBIT NO.**

DX 39 ................................................................................................................................ 24

DX 209 ........................................................................................................... 25

DX 253 ........................................................................................................... 26

DX 254 ........................................................................................................... 27

DX 255 ........................................................................................................... 28

DX 275 ........................................................................................................... 29

**PLAINTIFFS' TRIAL EXHIBITS**                                    **EXHIBIT NO.**

PX 4 ............................................................................................................... 30

PX 35 ............................................................................................................. 31

PX 467 ........................................................................................................... 32

PX 733 ........................................................................................................... 33

PX 739 ........................................................................................................... 34

PX 744 ........................................................................................................... 35

PX 815 ........................................................................................................... 36

PX 848 ........................................................................................................... 37

PX 955 ........................................................................................................... 38

PX 956 ........................................................................................................... 39

NOVARTIS PHARMACEUTICALS
CORPORATION


By: /s/ Richard H. Schnadig
                One of Its Attorneys

Richard H. Schnadig
Thomas G. Abram
Aaron R. Gelb
Elizabeth N. Hall
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7500
(312) 609-5005 (facsimile)

Amy L. Bess
Vedder Price P.C.
875 15th Street NW, Suite 725
Washington, D.C. 20005
(202) 312.3320
(202) 312.3322 (facsimile)

Jonathan A. Wexler
Vedder Price P.C.
1633 Broadway
47th Floor
New York, New York  10019
(212) 407-7700
(212) 407-7799 (facsimile)

Dated:  May 13, 2010

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing

APPENDIX IN SUPPORT OF FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH

RESPECT TO ADVERSE IMPACT was filed electronically and served on the following by

electronic means on May 13, 2010:

David Sanford
Katherine Kimpel
Katherine Leong
Felicia Medina
Sharon Eubanks
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, DC 20009

Steven Wittels
Jeremy Heisler
**SANFORD, WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10022

Grant Morris
**LAW OFFICES OF GRANT E. MORRIS, ESQ.**
1666 Connecticut Avenue, N.W., Suite 310
Washington D.C. 20009

/s/ Richard H. Schnadig
Richard H. Schnadig